No. 821. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* BENÍTEZ, DEFENDANT AND APPELLANT.—Carrying weapons. Humacao. April 26, 1915. Judgment affirmed but modified in the sense that in default of payment of the fine imposed the defendant be imprisoned one day for each dollar of the fine not paid, pursuant to the decision in the case of *The People* v. *Laviosa,* 13 P. R. R., 203.

No. 814. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* VELÁZQUEZ, DEFENDANT AND APPELLANT.—Carrying prohibited weapons. San Juan, Section 2. April 28, 1915. *Judgment affirmed.*

No. 825. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* MAYORAL, DEFENDANT AND APPELLANT.—Violation of section 162 of the Penal Code. Guayama. April 28, 1915. Judgment reversed and defendant discharged for the reason stated in the opinion delivered in the case of *The People* v. *Gallardo, ante* 142.

No. 824. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* GARCÍA, DEFENDANT AND APPELLANT.—Slander. Guayama. April 29, 1915. *Judgment affirmed.*

No. 1311. PEREA, PLAINTIFF AND RESPONDENT, *v.* CABASSA, DEFENDANT AND APPELLANT.—Action of debt. Mayagüez. May 3, 1915. *Appeal withdrawn.*

No. 817. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* SANTIAGO, DEFENDANT AND APPELLANT.—Violation of section 10 of Act No. 55 of 1911. San Juan, Section 2. May 3, 1915. *Judgment affirmed.*

No. 823. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* VÁZQUEZ, DEFENDANT AND APPELLANT.—Aggravated assault and battery. Guayama. May 3, 1915. *Judgment affirmed.*